IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CAROLYN DISTEFANO

VERSUS

CINEMARK USA, INC. d/b/a
CINEMARK TINSELTOWN AND XD
a/k/a TINSELTOWN SHREVEPORT

CIVIL ACTION NO.

JUDGE _____

MAGISTRATE _____

NOTICE OF REMOVAL

Now, through undersigned counsel, comes defendant Cinemark USA, Inc. ("Cinemark") who shows:

1.

On or about May 12, 2023, a civil action was commenced by Carolyn Distefano against Cinemark USA, Inc. in the First Judicial District for Caddo Parish, Louisiana, Docket Number 643,901, entitled "Carolyn Distefano v. Cinemark USA, Inc. d/b/a Cinemark Tinseltown and XD a/k/a Tinseltown Shreveport" (See Petition for Damages – Attached as Exhibit 1).

2.

Defendant Cinemark USA, Inc., was personally served with the Petition on May 23, 2023.

3.

Plaintiff's action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sec. 1332, and one which may be removed to this Court, pursuant to the provisions of 28 U.S.C. 1441, in that it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.

At all times pertinent hereto, the parties held the following citizenship: Plaintiff is a citizen of the State of Louisiana. Defendant Cinemark USA, Inc. is a Texas corporation with its principal place of business in Texas.

5.

Plaintiff seeks to recover from Defendant general and special damages arising from a May 19, 2022, accident. Plaintiff alleges in her petition that she was injured as a result of an accident occurring on the premises of Cinemark USA, Inc., in Shreveport, in the Parish of Caddo, State of Louisiana. Plaintiff alleges she fell while stepping into the aisle of a movie theater on Cinemark's premises.

6.

Plaintiff alleges in her petition that she sustained injuries, and as a result, she has incurred medical expenses, past and future. Plaintiff also alleges that she suffered physical, emotional and mental injuries. Plaintiff goes on to allege that the amount of damages exceeds $75,000.00. (See Exhibit 1, ¶ 13) This removal is filed within 30 days of service and is therefore timely.

7.

Upon filing of this Notice of Removal, written notice thereof is being given to all parties, and a copy of this Notice is being filed with the Clerk of the aforesaid state court to affect the removal of the said civil action, all as provided for by law.

8.

Defendant, Cinemark USA, Inc., reserves all rights to object to the jurisdiction of the state court proceeding should this Court ultimately hold that this action was not removable or improperly removed thereto.

WHEREFORE, Defendant, Cinemark USA, Inc., prays that the aforesaid civil action be removed from the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, into this Court for trial and determination as provided by law, particularly U.S.C. Title 28, Section 1441, et seq, and thereupon to proceed with said civil action as though originally commenced in this Court and for all orders and decrees as may be necessary or appropriate.

Respectfully submitted,

HAMMONDS, SILLS, ADKINS, GUICE,
NOAH & PERKINS, LLP
1881 Hudson Circle
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
E-mail: thayes4@hamsil.com


BY:  /s/ Thomas M. Hayes, IV
        Thomas M. Hayes, IV, #28600
ATTORNEY FOR CINEMARK USA, INC.

## CERTIFICATE OF SERVICE

I, THOMAS M. HAYES, IV, do Hereby Certify that on June 14, 2023, a copy of the forgoing document was mailed or delivered to each of the following parties:

Mr. William F. Kendig
Mr. J. Marshall Rice
Mr. Jason B. Nichols
Ms. Franeka D. Taylor
1030 Kings Highway
Shreveport, Louisiana 71104
Attorneys for Plaintiff, Carolyn Distefano

*s/ Thomas M. Hayes IV*
Thomas M. Hayes, IV, LA Bar Roll No. 28600
Hammonds, Sills, Adkins, Guice,
Noah & Perkins, LLP
1881 Hudson Circle
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
E-Mail: thayes4@hamsil.com
ATTORNEY FOR CINEMARK USA, INC.