# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CAROLYN DISTEFANO** | **CIVIL ACTION NO. 5:23-CV-00802** |
| **VERSUS** | |
| | **JUDGE DONALD E. WALTER** |
| **CINEMARK USA, INC.** | |
| | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the claims, demands and suit of the Plaintiff, Carolyn Distefano, against the Defendant, Cinemark USA, Inc., be and same are hereby dismissed with prejudice, and with each party to bear their own costs.

THUS DONE, SIGNED, AND FILED this 9th day of August, 2024.

*[signature: Donald E. Walter]*

Judge, United States District Court
Western District of Louisiana